Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Cynthia Wanek

## United States District Court
## District of Arizona

| | |
|---|---|
| Cynthia Wanek, | ) **Case No.: 2:09-CV-02447-JAT** |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Gurstel, Stalock & Chargo, P.C., | ) **Stipulation of Dismissal with Prejudice** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

This matter has been amicably resolved. No monetary terms have been received or promised to Plaintiff in consideration of the dismissal of this matter. The parties stipulate the claims asserted by Plaintiff, Cynthia Wanek, against Defendant, Gurstel, Stalock & Chargo, P.C., in the above-captioned proceeding are hereby dismissed, with prejudice with both sides to bear their own costs and fees for the entirety of this matter.

Dated: 07/15/10                          KROHN & MOSS, LTD.

                                         /s/ Ryan Lee
                                         Ryan Lee, Esq.
                                         Attorney for Plaintiff,
                                         Cynthia Wanek

Dated: 07/15/10                          GURSTEL, STALOCK & CHARGO, P.C.

                                         /s/ Jennifer Wiedle
                                         Jennifer Wiedle
                                         Attorney for Defendant,
                                          Gurstel, Stalock & Chargo, P.C.

1