IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Wanek, | No. CIV 09-2447-PHX-DKD |
| Plaintiff, | |
| vs. | **ORDER** |
| Gurstel, Staloch & Chargo, PA, | |
| Defendant. | |

Based upon the Stipulation to Dismiss (Doc. 24) by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, each party to bear its own costs and attorneys fees.

DATED this 19th day of July, 2010.

David K. Duncan
United States Magistrate Judge